# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-0219
LT Case No. 16-2016-CF-005542-AXXX

———————————————

ROBERT JACOBY TURNER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 appeal from the Circuit Court for Duval County.
Gilbert L. Feltel, Jr., Judge.

Robert J. Turner, Live Oak, pro se.

Ashley Moody, Attorney General, and Christina Piotrowski,
Assistant Attorney General, Tallahassee, for Appellee.

November 7, 2023

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and PRATT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————